### John A. GRAY, Plaintiff-Appellant,

v.

### Maurice H. SIGLER, Chairman, United States Board of Parole, et al., Defendants-Appellees.

### No. 76-1379

### Summary Calendar.*

United States Court of Appeals, Fifth Circuit.

June 3, 1976.

Before BROWN, Chief Judge, GEWIN and MORGAN, Circuit Judges.

PER CURIAM:

We have reviewed the record and find the appeal to be without merit. The right to a federal parole revocation hearing does not accrue while the parolee is serving an intervening federal sentence and the parole violator warrant remains unexecuted. *Trimmings v. Henderson,* 5 Cir., 1974, 498 F.2d 86, *cert. denied,* 420 U.S. 931, 95 S.Ct. 1135, 43 L.Ed.2d 405; *Burnett v. United States Board of Parole,* 5 Cir., 1974, 491 F.2d 966; *Cook v. United States Attorney General,* 5 Cir., 1974, 488 F.2d 667, *cert. denied,* 419 U.S. 846, 95 S.Ct. 81, 42 L.Ed.2d

* Rule 18, 5 Cir.; see *Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al.,* 5 Cir., 1970, 431 F.2d 409, Part I.

75; *Landman v. Carlson,* 5 Cir., 1972, 463 F.2d 218, *cert. denied,* 410 U.S. 985, 93 S.Ct. 1512, 36 L.Ed.2d 182; *Galloway v. Attorney General,* 5 Cir., 1971, 451 F.2d 357; *Cox v. Feldkamp,* 5 Cir., 1971, 438 F.2d 1; *Smith v. Blackwell,* 5 Cir., 1966, 367 F.2d 539. Petitioner previously and unsuccessfully raised the same issue in a separate action, *Gray v. Hogan,* N.D.Ga., 1974, 388 F.Supp. 476, from which no appeal was taken.

AFFIRMED.